UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

|  |  |
|---|---|
|  | Chapter 7 |
| INTERACTIVE REVENUE.COM, LTD., | Case No.: 13-12014-SCC |
| Debtor. | |

------------------------------------------------------------------------x
GREGORY MESSER, ESQ., as Chapter
7 Trustee of the Estate of Interactive Revenue.com, Ltd.,

Adv. Pro.: 14-01784 (SCC)

Plaintiff,

-against-

PAUL A. DEBRACCIO,                                                BC 14,0133

Defendant.

------------------------------------------------------------------------x

## DEFAULT JUDGMENT

The Defendant Paul A. DeBraccio, having been regularly notified by service of process and having failed to plead or otherwise defend, and the time for pleading or otherwise defending having expired according to law.

Now therefore, upon application of the Plaintiff, judgment is hereby entered against the Defendant in favor of the plaintiff, as follows.

**IT IS ORDERED, ADJUDGED AND DECREED: that Judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $247,788.00, together with interest thereon from January 27, 2014 at the federal statutory rate, plus costs of $293.00 pursuant to Local Bankruptcy Rule 7055-1.**

Dated: July 23, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE